NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MYTEE PRODUCTS, INC.,**
*Plaintiff-Appellant,*

v.

**HARRIS RESEARCH, INC.,**
*Defendant-Appellee,*

**and**

**DOES 1 THROUGH 20,**
*Defendants.*

---

2010-1457

---

Appeal from the United States District Court for the Southern District of California in case no. 06-CV-1854, Magistrate Judge Cathy Ann Bencivengo.

---

## ON MOTION

---

## ORDER

Mytee Products, Inc. moves for an extension of time, until November 2, 2010, to file its opening brief. The court notes that Mytee Products, Inc.'s initial brief was rejected on October 19, 2010 and the corrected brief was

due November 2, 2010. Therefore, the motion is unnecessary.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

**JAN 19 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Frederick K. Taylor, Esq.
Shaun L. Peck, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JAN 19 2011**

**JAN HORBALY**
**CLERK**